AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Stryker Corporation and Stryker Sales Corporation

Case No. 1:16-cv-01199

Hon.

v.

Poseidon Surgical, LLC

TO: Poseidon Surgical, LLC
ADDRESS: 8015 Brixton Place
Suwanee, Georgia 30024

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David J. Gass and D. Andrew Portinga
MILLER JOHNSON
45 Ottawa Ave SW, Ste 1100
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

October 05, 2016

By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for ___Poseidon Surgical, LLC___ was received by me on _____.
(name of individual and title, if any)                                        (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                            (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

Additional information regarding attempted service, etc.:

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Stryker Corporation and Stryker Sales Corporation

v.

Poseidon Surgical, LLC

Case No. 1:16-cv-01199

Hon.

TO: Registered Agent: Mark Ford
ADDRESS: Poseidon Surgical, LLC
1100 Peachtree Street, Suite 200
Atanta, GA 30309

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 ___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

David J. Gass and D. Andrew Portinga
MILLER JOHNSON
45 Ottawa Ave SW, Ste 1100
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

10/05/2016

By: Deputy Clerk                                       Date

---

## PROOF OF SERVICE

This summons for _____ Poseidon Surgical, LLC Registered Agent: Mark Ford _____ was received by me on _____ .
(name of individual and title, if any)                                                          (date)

☐ I personally served the summons on the individual at _____
on _____ .                                   (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____ , a person
(name)
of suitable age and discretion who resides there, on _____ , and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____ , who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____ .
(name of organization)                                              (date)

☐ I returned the summons unexecuted because _____ .

☐ Other (specify) _____ .

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00 _____ .

I declare under the penalty of perjury that this information is true.

Date: _____

Additional information regarding attempted service, etc.:

_____
Server's signature

_____
Server's printed name and title

_____
Server's address