**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| STRYKER CORPORATION, and<br>STRYKER SALES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>POSEIDON SURGICAL, LLC,<br><br>Defendant. | Civil Action No. 1:16-cv-01199<br><br>Hon. Paul L. Maloney |

**COMPREHENSIVE STATEMENT ON CLAIM CONSTRUCTION ISSUES**

Pursuant to the Courts Case Management Order entered February 7, 2017 (ECF No. 22), Plaintiffs Stryker Corporation and Stryker Sales Corporation (collectively "Plaintiffs") and Defendant Poseidon Surgical, LLC ("Defendant") submit this Comprehensive Statement on Claim Construction Issues ("Statement").

After exchanging proposed terms/phrases for construction and proposed constructions, the parties met and conferred in good faith on two occasions in attempt to resolve the parties' claim construction dispute and to help narrow the issues for the Court. Two (2) claim phrases are at issue between the parties for resolution by the Court. The parties' positions for the phrases at issue are shown in the chart attached as Exhibit A. The parties reserve the right to supplement and/or amend this Statement in view of any additional discussion or agreement between the parties to resolve the outstanding claim construction issues.

Dated: June 7, 2017

/s/ Robert A. Surrette
Robert A. Surrette
Patrick J. Arnold Jr.
Wil L. Rao
Ryan J. Pianetto
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Tel: (312) 775-8000
bsurrette@mcandrews-ip.com
parnold@mcandrews-ip.com
wrao@mcandrews-ip.com
rpianetto@mcandrews-ip.com

D. Andrew Portinga (P55804)
David J. Gass (P34583)
**Miller Johnson**
Arena Place Grand Rapids
45 Ottawa Ave, SW
Grand Rapids, MI 49503
Tel: (616) 831-1700
portingaa@millerjohnson.com
gassd@millerjohnson.com

*Attorneys for Plaintiffs*

/s/ Robert J. Theuerkauf
James R. Higgins, Jr.
Robert J. Theuerkauf
**Middleton Reutlinger**
401 S. 4th Street, Suite 2600
Louisville, KY 40202
(502) 584-1135
jhiggins@middletonlaw.com
rtheuerkauf@middletonlaw.com

Terence J. Linn
**Gardner Linn Burkhart & Flory, LLP**
2851 Charlevoix Dr., S.E., Suite 207
Grand Rapids, MI 49546
(616) 975-5503
linn@glbf.com

*Attorneys for Defendant*

# EXHIBIT A

| **Claim Term/Phrase #1**<br>**"said housing having: opposed proximal and distal ends"** | |
|---|---|
| Plaintiffs' Position | Defendant's Position |
| Plaintiffs do not believe that a construction by the Court is needed for this term/phrase. To the extent the Court believes a construction is needed for the jury, Plaintiffs propose the following construction:<br><br>"a housing with proximal and distal ends, where the distal end is a part of the housing that is opposite the proximal end" | Defendant states that this claim term/phrase is disputed by the parties. Defendant proposes the following construction:<br><br>"said housing having: a proximal end and a distal end that face each other ("proximal end" = the end of the housing away from the surgical site; "distal end" = the end of the housing towards the surgical site at which the suction is applied)" |
| **Claim Term/Phrase #2**<br>**"a longitudinal axis that extends between the proximal and distal ends and through the proximal section and the housing void space"** | |
| Plaintiffs' Position | Defendant's Position |
| Plaintiffs do not believe that a construction by the Court is needed for this term/phrase. To the extent the Court believes a construction is needed for the jury, Plaintiffs propose the following construction:<br><br>"an imaginary line about which the housing rotates that extends: a) in a space that separates the proximal and distal ends of the housing, and b) through the proximal section of the housing and housing void space" | Defendant states that this claim term/phrase is disputed by the parties. Defendant proposes the following construction:<br><br>"a single, imaginary straight line that extends the length of the housing from the proximal end to the distal end and through the interior space of the housing, and about which the housing rotates" |